UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

IN RE:
Jon Thomas Crosby
aka Jon T Crosby,
Samantha Leigh Crosby
fka Samantha Richards,
Debtors.
_____/

CASE NO.: 22-01584-JAW
CHAPTER 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>Name of Transferee | U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 | Court Claim # (if known): 5-1<br>Amount of Claim: $79,157.66<br>Date Claim Filed: 10/6/2022 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 1653 | Phone: 800-603-0836<br>Last Four Digits of Acct #: 1100 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 1653

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Francisco Cardona                    Date: June 10, 2025

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jon Thomas Crosby
aka Jon T Crosby
119 Amberwood Dr.
Clinton, MS 39056

Samantha Leigh Crosby
fka Samantha Richards
119 Amberwood Dr.
Clinton, MS 39056

And via electronic mail to:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

By: /s/ Francisco Cardona

Email: fcardona@raslg.com