**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

**IN RE:** **CASE NO.: 22-01584-JAW**
**CHAPTER 13**

**Jon Thomas Crosby aka Jon T Crosby,**

**Debtor,**

**Samantha Leigh Crosby fka Samantha Richards,**

**Joint Debtor.**

______________________________________/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

COMPUTERSHARE DELAWARE TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF PRET 2026-RPL2 TRUST
Name of Transferee

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST.
Name of Transferor

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 1653

Court Claim # (if known): 5-1
Amount of Claim: $79,157.66
Date Claim Filed: 10/6/2022

Phone: 877-735-3637
Last Four Digits of Acct #: 1653

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 1653

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shellie Labell Date: August 27, 2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on __________________, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jon Thomas Crosby
119 Amberwood Dr.
Clinton, MS 39056

Samantha Leigh Crosby
119 Amberwood Dr.
Clinton, MS 39056

And via electronic mail to:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Trustee
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

By: /s/

Email: