# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jon Thomas Crosby
119 Amberwood Dr.
Clinton, MS 39056

Samantha Leigh Crosby
119 Amberwood Dr.
Clinton, MS 39056

And via electronic mail to:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Trustee
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

By: /s/ Justine Bennett

Email: Jusbennett@raslg.com