**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jon Thomas Crosby** | **Case No. 22-01584-JAW**
**Samantha Leigh Crosby, Debtors** | **CHAPTER 13**

# NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: November 3, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jon Thomas Crosby**
**Samantha Leigh Crosby, Debtors**

**Case No. 22-01584-JAW**
**CHAPTER 13**

**<u>MOTION TO MODIFY BANKRUPTCY PLAN</u>**

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on August 10, 2022, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors' priority and secured claims have been paid in full pursuant to the terms of the confirmed plan.
3. Debtors' applicable commitment period is 3 years.
4. Debtors propose to modify the confirmed plan to shorten the term of the confirmed plan from 60 months to 51 months.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on November 3, 2026, to:

By Electronic CM/ECF Notice:

Harold Barkley

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JON THOMAS CROSBY
SAMANTHA LEIGH CROSBY

CASE NO: 22-01584-JAW

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JON THOMAS CROSBY
SAMANTHA LEIGH CROSBY

CASE NO: 22-01584-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/3/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-01584-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
TUE NOV 3 12-25-1 PST 2026

COMPUTERSHARE DELAWARE TRUST COMPANY NOT IN
ROBERTSON ANSCHUTZ SCHNEID CRANE P
13010 MORRIS ROAD SUITE 450
ALPHARETTA GA 30004-2001

~~EXCLUDE~~

~~(U)US BANK TRUST NATIONAL ASSOCIATION AS TRU~~

~~EXCLUDE~~

~~(U)US BANK TRUST NATIONAL ASSOCIATION NOT IN~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

ADELA INC
301 WEST PINE ST
HATTIESBURG
HATTIESBURG MS 39401-3829

BRIGHT LENDING
PO BOX 578
HAYS MT 59527-0578

COMPUTERSHARE DELAWARE TRUST COMPANY
SELENE FINANCE LP
ATTN BK DEPT
3501 OLYMPUS BLVD SUITE 500
DALLAS TX 75019-6295

CASH ADVANCE NOW
PO BOX 569
HAYS MT 59527-0569

CENTRAL SURGICAL ASSOC
1190 M STATE ST
STE 502
JACKSON MS 39202

(P)CREDITNINJA
27 N WACKER DRIVE
SUITE 404
CHICAGO IL 60606-2800

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

ENTERGY MISSISSIPPI
PO BOX 8105
BATON ROUGE LA 70891-8105

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

FOX COLLECTION CENTER
POB 528
GOODLETTSVILLE TN 37070-0528

INTEGRA CREDIT
120 S LASALLE ST
CHICAGO IL 60603-3403

JACKSON ANESTHESIA
PO BOX 2398
JACKSON MS 39225-2398

JOHN BELL CROSBY
118 HIDDEN HILLS DR
MADISON MS 39110-8800

JORA CREDIT OF MISSISS
7701 LAS COLINAS RIDGE
SUITE 650
IRVING TX 75063-8114

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON MS 39202-2499

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND FUND
320 EAST BIG BEAVER
TROY MI 48083-1238

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

NATALIE KAREDA BROWN ESQ
FOR US BANK TRUST NATIONAL
ASSOCIATION AS TRUSTEE OF THE BUNGALOW
428 NORTH LAMAR BLVD SUITE 107
OXFORD MS 38655-3221

NETWORK SERVICES INC
PO BOX 1725
HATTIESBURG MS 39403-1725

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

SN SERVICING CORP
PO BOX 660820
DALLAS TX 75266-0820

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

(P)SIMPLE FAST LOANS INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

SMITH ROUCHON ASSOC
1456 ELLIS AVENUE
JACKSON MS 39204-2204

SOUTHERN EYE CARE
929 HWY 80 E
CLINTON MS 39056-5246

SPEEDYRAPID CASH
PO BOX 780408
WICHITA KS 67278-0408

SPOT LOAN
PO BOX 927
PALATINE IL 60078-0927

US BANK TRUST NATIONAL ASSOCIATION AS OWNE
TRUSTEE FOR RCF2 ACQUISITION TRUST
SELENE FINANCE LP
3501 OLYMPUS BLVD SUITE 500
DALLAS TX 75019-6295

US BANK TRUST NATIONAL ASSOCIATION AS TRU
OF BUNGALOW SERIES III TRUST
CO SN SERVICING CORPORATION
323 5TH STREET
EUREKA CA 95501-0305

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

YES FINANCE
3201 BEE CAVES RD
AUSTIN TX 78716-6001

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON MS 39296-4476~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

DEBTOR

JON THOMAS CROSBY
119 AMBERWOOD DR
CLINTON MS 39056-4171

SAMANTHA LEIGH CROSBY
119 AMBERWOOD DR
CLINTON MS 39056-4171

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767