**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**JON THOMAS CROSBY**
**SAMANTHA LEIGH CROSBY** **22 – 01584 – JAW**

**AGREED ORDER**

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Modify [DK #43] and the Debtors' Response [DK #44]; and the parties agree as follows:

THAT, the Trustee's Motion to Modify is hereby withdrawn.

THAT, the Debtors shall file a motion to modify to reduce the plan term on or before November 18, 2026, or this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

/s/Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS